# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 30, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142012

DAVID E. BLOCH,
      Plaintiff-Appellee,

v

                                SC: 142012
                                COA: 290086
                                Genesee CC: 08-090010-NZ

IRINA E. BLOCH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 2, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 30, 2011

_____
Clerk

p0323